UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DONALD R. WARD,**

    **Plaintiff,**                              Civil Action No. 12-14297
v.                                      HONORABLE DENISE PAGE HOOD

**T. HALL,**

    **Defendant.**
_____/

## JUDGMENT

This action having come before the Court and the Court having issued an order dismissing the case this date,

Accordingly,

Judgment is entered in favor of Defendant and against Plaintiff.

                                                         DAVID J. WEAVER
                                                         CLERK OF COURT

Approved:                                         By: s/LaShawn Saulsberry
                                                             Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: July 31, 2013

Detroit, Michigan